UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELISE HILTON and ED HILTON, as
individuals and as next friends for
"EH," a mentally disabled adult,                    Case No. 1:16-cv-702

      Plaintiffs,                                   HON. JANET T. NEFF

v.

CATHERINE MISH and the
CITY OF GRAND RAPIDS,

      Defendants.
_____/

**<u>ORDER OF RECUSAL</u>**

      I recuse myself under 28 U.S.C. § 455(a) and (b)(1) from further participation in this case

due to my prior knowledge of the facts in this matter.  The Clerk of Court shall reassign this case

to another District Judge in accordance with the approved procedure.

      **IT IS SO ORDERED**.

Dated: June 9, 2016                             /s/ Janet T. Neff_____
                                             JANET T. NEFF
                                             United States District Judge