UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ED HILTON, et al.,

        Plaintiffs,                             Case No. 1:16–cv–00702–GJQ–ESC

v.                                           Judge Gordon J. Quist and Magistrate
                                                  Judge Ellen S. Carmody

GRAND RAPIDS, CITY OF, et al.,

        Defendants.
_____/

**NOTICE REGARDING REASSIGNMENT OF CASE**

      NOTICE is hereby given that this case has been reassigned to Judge Gordon J. Quist and Magistrate Judge Ellen S. Carmody for all further proceedings pursuant to Order (5). Judge Janet T. Neff is no longer assigned to the case.

                                                        CLERK OF COURT

Dated:  June 10, 2016        By:    /s/ M. Garcia_____
                                                   Deputy Clerk