Exhibit A

**Collin**

| | |
|---|---|
| **From:** | Joni Fixel [jfixel@fixellawoffices.com] |
| **Sent:** | Thursday, May 05, 2016 6:41 AM |
| **To:** | 'Collin' |
| **Subject:** | FW: FW: GR city attorney emails |

**From:** Elise Hilton [mailto:ehilton64@gmail.com]
**Sent:** Tuesday, April 26, 2016 4:17 PM
**To:** Joni Fixel <jfixel@fixellawoffices.com>
**Subject:** Fwd: FW: GR city attorney emails


---------- Forwarded message ----------
From: **Gantert, Tom E.** <Gantert@mackinac.org>
Date: Tue, Apr 26, 2016 at 12:18 PM
Subject: FW: GR city attorney emails
To: "ehilton64@gmail.com" <ehilton64@gmail.com>

1

**From:** dzerial@comcast.net [mailto:dzerial@comcast.net]
**Sent:** Thursday, March 05, 2015 11:24 AM
**To:** Julie Hoogland
**Cc:** Zerial; McMillin, Zane; Scott, Monica; Martinez, Shandra
**Subject:** Fwd: What Do Beaver Pelts and Green Energy Have in Common?

March 5, 2015

To: Ms. Julie Hoogland
    Editor, Grand Rapids Press

Re: The Acton Institute--Saving the World--or just making it a Little Better World Than Exists Today!

Dear Ms. Hoogland,


I think it would be a worth-while investment for the Grand Rapids Press and Mlive to make on behalf of the West Michigan community to have a reporter attending these meetings and do a Press review for all of your faithful readers.

At best it would give your readers yet another prospective of the hostile world we are facing each and every day.

Thanks for considering my suggestions.

Very truly yours,
      /s/
Donald E. Zerial
7377 Cascade Terr. SE
Grand Rapids, MI  49546
616-942-1886

2

**From:** Mish, Catherine
**Sent:** Thursday, March 05, 2015 12:30 PM
**To:** dzerial@comcast.net
**Subject:** RE: What Do Beaver Pelts and Green Energy Have in Common?

Perhaps you should ask the Acton Institute why they think they should be exempt from paying real property taxes? And why they are suing the City of Grand Rapids to demand their valuable government handout of that real property tax exemption?

For an institute that proclaims the below political message, it seems to me that they are entirely hypocritical in throwing an absolute hissy fit because they didn't get the government handout that they believe they are "entitled" to.

3

| | |
|---|---|
| From: | Mish, Catherine |
| Sent: | Thursday, March 05, 2015 3:30 PM |
| To: | dzerial@comcast.net |
| Subject: | RE: What Do Beaver Pelts and Green Energy Have in Common? |

I find this particularly ironic....if you scroll down on the attachment you sent me, and get to upcoming events, you see this entry:

**April 29--Acton Art Series--The Scarlet Cord - The Evils of Sex Trafficking with Pam Alderman and Elise Hilton**

Elise Hilton is a staff member of Acton Institute here in GR. Her daughter, at the age of 15-16 or thereabouts, ran away from home (ran away from her "alternative" high school in downtown GR). She wandered the streets of downtown Grand Rapids, acting as a prostitute in exchange for heroin, cocaine, alcohol and so forth. Her father talked to her on her cell phone and asked where she was / asked her to come home. She refused to come home and refused to tell her father where she was. The police finally found her after many days of her escapades in trading sex for drugs.

And the result? Ms. Elise Hilton the Acton hypocrite dares to sue the City of Grand Rapids, blaming the GRPD for the fact that her daughter ran away from home to become a crack and heroin whore. Currently pending litigation. Case No. l:13-CV-00727, assigned to the Hon. Paul Maloney, U.S. District Court for the Western District of Michigan. Apparently, Ms. Hilton the Acton hypocrite believes that the government is the cause of her family's woes. Therefore, the government owes them a pile of money! It must be the police department's fault, and she and her husband Ed believe they are owed money for this!

The young woman did not run away from home to become a crack and heroin whore because of anything done by the City of Grand Rapids or the GRPD. We did not raise her and did not influence her life choices in this regard. The hypocrisy of the Acton Institute and its employees is simply amazing. Beware that you are dealing with hypocrites, sir.

4

--
Elise
www.kissingtheleper.com
*"Unearned suffering is redemptive." - Martin Luther King, Jr.*

5