UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ED HILTON, et al.,

       Plaintiffs,                         Case No. 1:16–cv–00702–GJQ–ESC

v.                                      Hon. Gordon J. Quist

GRAND RAPIDS, CITY OF, et al.,

       Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been **rescheduled** as set forth below:

| | |
|---|---|
| Motion(s): | Motion to Dismiss/Failure to State a Claim – #9<br>Motion to Dismiss/Failure to State a Claim – #10 |
| Date/Time: | December 1, 2016   03:00 PM<br>*(previously set for 11/30/2016)* |
| Judge: | Gordon J. Quist |
| Place/Location: | 499 Federal Building, Grand Rapids, MI |

                                                GORDON J. QUIST
                                                United States District Judge

Dated:  November 1, 2016        By:   /s/ Jane M. Tepper_____
                                                          Judicial Assistant