UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

**CASE CAPTION**:   *Elise Hilton, et al. v. Catherine Mish, et al.*

**Case No.**   1:16-CV-702
**Date:**   December 1, 2016
**Time:**   3:00 - 4:00 PM

**APPEARANCES**:

For the Plaintiffs:   Joni Fixel, Collin Nyeholt

For Defendant Mish:   Gouri Sashital

For Defendant City of Grand Rapids:   Laura Amtsbuechler, Laura Bailey Brown

**NATURE OF HEARING:**

Oral argument on Defendants' Motions to Dismiss

Court Recorder/Courtroom Clerk:  P. Henderson